

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00202-CR

JOSHUA ELLIS SUTTON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 23F0068-102

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

MEMORANDUM OPINION

A Bowie County jury found Joshua Ellis Sutton guilty of evading arrest or detention with a vehicle. *See* TEX. PENAL CODE ANN. § 38.04(b)(2)(A). The jury assessed Sutton's punishment at ten years' imprisonment with a fine of $2,000.00. The trial court accepted the jury's assessment and sentenced Sutton in accordance with it.

On appeal,[1] Sutton raises four points of error: (1) the judgment improperly states he pled not guilty, (2) his guilty plea was involuntary because the trial court failed to give Article 26.13(a)(1) admonishments, (3) the 102nd Judicial District Court did not have jurisdiction because his indictment was out of the 202nd Judicial District Court, and (4) his trial counsel was ineffective for failing to move to quash his indictment for lack of jurisdiction. We addressed these issues in Sutton's companion case in cause number 06-23-00197-CR. For the reasons stated therein, we affirm Sutton's conviction in this cause. Because Sutton pled guilty to this offense,[2] we note that the judgment in this case should be modified by changing "<u>Plea to</u>

---

[1]In companion cause numbers 06-23-00197-CR, 06-23-00198-CR, 06-23-00199-CR, 06-23-00200-CR, and 06-23-00201-CR, Sutton appeals five other convictions arising from the same set of facts at issue here.

[2]The relevant exchange was as follows:

> [BY THE STATE]: In Cause Number 23F0068-102 in the name and by the authority of the State of Texas the grand jury of Bowie County, Texas, duly organized at the January term 2023 of the District Court of Bowie County, Texas, do present that in the County of Bowie and State of Texas that in Bowie County, Texas, Joshua Sutton, hereinafter referred to as the defendant, heretofore on or about January the 7th, 2023, did then and there while using a vehicle intentionally flee from Deputy Phil Shores, a person the defendant knew was a peace officer who was attempting to lawfully arrest or detain the defendant against the peace and dignity of the State.

> THE COURT: All right. Mr. Sutton, do you understand that indictment?

> MR. SUTTON: Yes, sir.

> THE COURT: How do you wish to plead at this time?

2

Offense: NOT GUILTY" to "Plea to Offense: GUILTY." As modified, we affirm the trial court's judgment.

                                        Jeff Rambin
                                        Justice

Date Submitted:      April 5, 2024
Date Decided:        April 19, 2024

Do Not Publish

---

MR. SUTTON: Guilty.